# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| MILTON ESPADA, ARTHUR KILL PROPERTIES, LLC, and PLAZA BODY SHOP, INC. <br><br> *Plaintiff(s)* <br> v. <br> CITY OF NEW YORK, et al. <br><br> *Defendant(s)* | Civil Action No. 23-cv-6186 -NRM-JRC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 08/18/2023

*Jacklyn Cucci*
*Signature of Clerk or Deputy Clerk*

# RIDER TO SUMMONS IN A CIVIL ACTION

*Milton Espada, et al. v. City of New York, et al.*; Case No.: 23-cv-6186

**City of New York**
<u>Attn</u>: Corporation Counsel
100 Church Street
New York New York 10310

**New York Police Department Captain Glorisel Lee**
547 Barclay Avenue
Staten Island, New York 10312

**New York Police Department Lieutenant Miguel Estevez**
40 Winegar Lane
Staten Island, New York 10301

**New York Police Department Officer Daniel Center (Shield No. 29164)**
52 Latourette Lane
Staten Island, New York 10314

**New York Police Department Officer Robert Campbell (Shield No. 27428)**
15 E. Raleigh Avenue
Staten Island, New York 10310

**Breen Bros. Towing, Inc.**
1204 Clove Road
Staten Island, New York 10301

**Joseph Breen**
45 Boulevard Street
Staten Island, New York 10314

**Dealer Direct Services, Inc.**
335 Chelsea Road
Staten Island, New York 10314