# AFFIDAVIT OF SERVICE

State of New York          County of          United States District Court

Index Number: 1:23-CV-06186-NRM-JRC
Date Filed: 8/18/2023

Plaintiff:
MILTON ESPADA, ARTHUR KILL PROPERTIES, LLC, and PLAZA BODY SHOP, INC.

vs.

Defendant:
CITY OF NEW YORK, et al.

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **City of New York Attn: Corporation Counsel, 100 Church Street, New York, NY 10007**.

I, Alex Colon, being duly sworn, depose and say that on the **22nd day of August, 2023** at **1:17 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action with Complaint and Demand for Jury Trial and Preservation Letter** with the date and hour of service endorsed thereon by me, to: **Jerry Bradshaw** as **Unit Chief** for **City of New York**, at the address of: **100 Church Street, New York, NY 10007**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: Black, Height: 5'9", Weight: 200, Hair: Bald, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF     New York)
COUNTY OF   New York)

Subscribed and Sworn to before me on the 22nd day of August, 2023 by the affiant who is personally known to me.

_Suegeil M. Mercado_
Notary Public State of New York
Qualified in Kings County
Lic. # 01ME6434359
Commission Expires: June 6, 2026

Alex Colon
2104765

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023013003
Ref: 23-6186