# AFFIDAVIT OF SERVICE

State of New York          County of          United States District Court

Index Number: 1:23-CV-06186-NRM-JRC
Date Filed: 8/18/2023

Plaintiff: **MILTON ESPADA, ARTHUR KILL PROPERTIES, LLC, and PLAZA BODY SHOP, INC.**
vs.
Defendant: **CITY OF NEW YORK, et al.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **New York Police Dept Officer Robert Campbell (Shield No. 27428), 123 Precinct, 116 Main Street, Staten Island, NY 10307**.

I, Caswell Bryan, being duly sworn, depose and say that on the **18th day of August, 2023** at **2:37 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons in a Civil Action with Complaint and Demand for Jury Trial and Preservation Letter** with **Laura Salerno** at **116 Main Street, Staten Island, NY 10307**, the said premises being the respondent's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **Summons in a Civil Action with Complaint and Demand for Jury Trial and Preservation Letter** in a postpaid envelope addressed to: **116 Main Street, Staten Island, NY 10307** and bearing the words "Personal & Confidential" by First Class Mail on **8/21/2023** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 110, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF     New York)
COUNTY OF    New York)

Subscribed and Sworn to before me on the 21st day of August, 2023 by the affiant who is personally known to me.

Suegeil M. Mercado
Notary Public State of New York
Qualified in Kings County
Lic. # 01ME6434359
Commission Expires: June 6, 2026

Caswell Bryan
2104027

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023013007
Ref: 23-6186

