UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MILTON ESPADA, ARTHUR KILL PROPERTIES,
LLC, and PLAZA BODY SHOP, INC.                                   Case No.: 1:23-cv-6186 (NRM)(JRC)

                Plaintiffs,                                      CERTIFICATE OF **DEFAULT**

  - against -

CITY OF NEW YORK, NEW YORK POLICE
DEPARTMENT CAPTAIN GLORISEL LEE, NEW
YORK POLICE DEPARTMENT LIEUTENANT
MIGUEL ESTEVEZ, NEW YORK POLICE
DEPARTMENT OFFICER DANIEL CENTER
(SHIELD NO. 29164), NEW YORK POLICE
DEPARTMENT OFFICER ROBERT CAMPBELL
(SHIELD NO. 27428), BREEN BROS. TOWING,
INC., JOSEPH BREEN, and DEALER DIRECT
SERVICES, INC.

                Defendants.
-----------------------------------------------------------------------X

     I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Dealer Direct Services, Inc. has not filed an answer or otherwise moved or appeared with respect to the Complaint herein. The default of the Defendant Dealer Direct Services, Inc. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       October 4, 2023

                                                   Brenna B. Mahoney, Clerk of Court

                                        By: ___*Jalitza Poveda*___
                                                Deputy Clerk