

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK , NEW YORK 10007

**AMY ROBINSON**
*Senior Counsel*
arobinso@law.nyc.gov
Phone: (212) 356-3518
Fax: (212) 356-1148

**By ECF**                                                           January 4, 2024

Honorable James R. Cho
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> In Re:  <u>Milton Espada, et al., v. City of New York et al.</u>,
>         23-CV-6186 (NRM) (JRC)

Your Honor:

I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am counsel for the defense in the above-referenced matter. Defendants write on consent to respectfully request an adjournment of the settlement conference in the above-referenced matter from January 26, 2024, to February 2, February 9, 2024, or a date convenient for the Court. No previous request for an adjournment of the settlement conference has been made. Plaintiff's counsel, Kyle Monaghan, and defense counsel, Mark Whalen, consent to this request. An adjournment is necessary as the Office of the Comptroller recently announced new guidelines for submitting requests for authority in which it is seeking from our Office a longer window for consideration which we cannot be met with the current schedule of submitting the *ex parte* letters and the current date for the settlement conference in this matter.

Thank you for your consideration of this matter.

Respectfully submitted,

*Amy Robinson s/*

Amy Robinson
*Senior Counsel*

cc:     All Counsel (*via* ECF)