

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK , NEW YORK 10007

**Amy Robinson**
*Senior Counsel*
arobinso@law.nyc.gov
Phone: (212) 356-3518
Fax:  (212) 356-1148

July 8, 2024

**Via ECF**
Honorable James R. Cho
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    In Re:   Milton Espada, et al. v. City of New York, et al.
          23-cv-6186 (NRM) (JRC)

Your Honor:

      I am Senior Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York and the attorney for defendants City of New York, Glorisel Lee, Miguel Esteves, Robert Campbell and Daniel Center.  The parties write jointly to respectfully request that the Court extend the deadline to complete fact discovery in this matter from July 15, 2024, until September 16, 2024, and to respectfully request that the status conference scheduled for July 19, 2024, be adjourned to a date and time convenient to the Court. This is the parties' second request to extend the deadline to complete fact discovery.  The first request was granted by electronic order dated May 3, 2024.  Due to other pressing matters and deadlines, the parties have been unable to conduct depositions in this matter. There are approximately eight depositions to be taken.  The parties sincerely apologize for the delay in completing discovery.

      Thank you for your consideration herein.

          Respectfully submitted,

          *Amy Robinson*

          Amy Robinson
          *Senior Counsel*
          Special Federal Litigation Division