# Exhibit "A"



BREEN BROS TOWING INC

STATEMENT OF ACCOUNT

Page: 10 of 11
Statement Period: May 01 2022-May 31 2022



#2100    05/05    $3,500.00



#2100    05/05    $3,500.00



America's Most Convenient Bank®

BREEN BROS TOWING INC

STATEMENT OF ACCOUNT

Page: 7 of 10
Statement Period: Jun 01 2022-Jun 30 2022



#2109    06/06    $3,500.00



#2109    06/06    $3,500.00

BBT-037