UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MILTON ESPADA, ARTHUR KILL PROPERTIES,
LLC, and PLAZA BODY SHOP, INC.          Case No.: 23-cv-6186 (NRM)(JRC)

          **Plaintiffs,**

   - against -

CITY OF NEW YORK, NEW YORK POLICE
DEPARTMENT CAPTAIN GLORISEL LEE, NEW
YORK POLICE DEPARTMENT LIEUTENANT
MIGUEL ESTEVEZ, BREEN BROS. TOWING,
INC., JOSEPH BREEN, and DEALER DIRECT
SERVICES, INC.

          **Defendants.**
------------------------------------------------------------------X

## DEFAULT JUDGMENT AND ORDER

This action having been commenced on August 16, 2023 by the filing of the Complaint and the issuance of the Summons on August 18, 2023; a copy of the Summons and Complaint having been served on August 22, 2023 on Defendant Dealer Direct Services, Inc. ("Defendant Dealer Direct"), a corporation incorporated in or licensed to do business in New York, by service on the Office Manager for Defendant Dealer Direct, and proof of service having been filed with the Clerk of Court on August 25, 2023; said Defendant Dealer Direct not having answered the Complaint; and the time for answering the Complaint having expired; said default being willful because of the failure of Defendant Dealer Direct to answer; and the Defendant lacking a meritorious defense; it is:

**ORDERED, ADJUDGED AND DECREED** that:

Defendant Dealer Direct is liable to Plaintiff Arthur Kill Properties, LLC ("Plaintiff AKP") in the amount of $_____, consisting of:

   a. $2,250,000.00 based on Plaintiff AKP's loss of profits and storage fees due to Plaintiff AKP's loss of enjoyment of its property located at 4350 Arthur Kill Road, Staten Island, NY 10309 (the "Property");

   b. $630,000.00 based on Plaintiff AKP's loss of business with third-party entities due to Plaintiff AKP's loss of enjoyment of the Property;

   c. $_____ in total interest;

   d. $_____ in liquidated damages; and

   e. $_____ in attorney's fees and costs.

**SO ORDERED.**

Dated: _____
Brooklyn, New York

                 _____
                 James R. Cho, U.S.M.J.