UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MILTON ESPADA, ARTHUR KILL PROPERTIES,
LLC, and PLAZA BODY SHOP, INC.          Case No.: 23-cv-6186 (NRM)(JRC)

**Plaintiffs,**

- against -

CITY OF NEW YORK, NEW YORK POLICE
DEPARTMENT CAPTAIN GLORISEL LEE, NEW
YORK POLICE DEPARTMENT LIEUTENANT
MIGUEL ESTEVEZ, BREEN BROS. TOWING,
INC., JOSEPH BREEN, and DEALER DIRECT
SERVICES, INC.

**Defendants.**
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2025, I have caused true and correct copies of the foregoing notice of Motion for Default Judgment, Declaration of Adam Rosatti in Support of Plaintiff Arthur Kill Properties, LLC's Motion for Default Judgment and accompanying exhibit, Memorandum of Law in Support of Motion of Motion for Default judgment, and proposed Default Judgment and Order to be served via U.S. first class mail upon:

Dealer Direct Services, Inc.
335 Chelsea Road
Staten Island, New York 10314

Dealer Direct Services, Inc.
4300 Arthur Kil Road
Staten Island, New York 10309

Dated:   Lake Success, New York
         April 11, 2025

                                            */s/ Kyle F. Monaghan, Esq.*_____
                                            Kyle F. Monaghan, Esq.