## Affirmation of Service

State of New York          County of Eastern          United States District Court

Index Number: 23-CV-6186(NRM)(JRC)
Date Filed: _____

Plaintiff: **MILTON ESPADA, ARTHUR KILL PROPERTIES, LLC, and PLAZA BODY SHOP, INC.**
vs.
Defendant: **CITY OF NEW YORK, NEW YORK POLICE DEPARTMENT CAPTAIN GLORISEL LEE, NEW YORK POLICE DEPARTMENT LIEUTENANT MIGUEL ESTEVEZ, BREEN BROS. TOWING, INC., JOSEPH BREEN, and DEALER DIRECT SERVICES, INC.**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Dealer Direct Services, Inc., 4300 Arthur Kil Road, Staten Island, NY 10309**.

I, Jesus Rosa, do hereby affirm that on the **9th day of May, 2025** at **2:15 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Notice of Motion for Default Judgment and Plaintiffs' Memorandum of Law in Support of their Motion for Default Judgment, Declaration of Adam Rosatti in Support of Plaintiff Arthur Kill Properties, Llc's Motion for Default, Default Judgment and Order with Exhibit A** with the date and hour of service endorsed thereon by me, to: **Alberto O.** as **Office Manager/Authorized to accept** for **Dealer Direct Services, Inc.**, at the address of: **4300 Arthur Kil Road, Staten Island, NY 10309**, and informed said person of the contents therein, in compliance with state statutes.

**Perceived Description** of Person Served: Age: 35, Gender: M, Race: Hispanic, Height: 5'7", Weight: 180, Hair: Hat, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

I affirm this **9TH** day of **May**, **2025**, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Jesus Rosa
2125384

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2025010924

