UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MILTON ESPADA, ARTHUR KILL PROPERTIES,
LLC, and PLAZA BODY SHOP, INC.

                                **Plaintiffs,**

                   - against -

CITY OF NEW YORK, NEW YORK POLICE
DEPARTMENT CAPTAIN GLORISEL LEE, NEW
YORK POLICE DEPARTMENT LIEUTENANT
MIGUEL ESTEVEZ, BREEN BROS. TOWING,
INC., JOSEPH BREEN, and DEALER DIRECT
SERVICES, INC.

                                **Defendants.**
-----------------------------------------------------------------------X

**Case No.: 23-cv-6186 (NRM)(JRC)**

**SUPPLEMENTAL
DECLARATION OF ADAM
ROSATTI IN SUPPORT OF
PLAINTIFF ARTHUR KILL
PROPERTIES, LLC'S MOTION
FOR DEFAULT**

Adam Rosatti declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am an authorized representative of Plaintiff Arthur Kill Properties, LLC ("Plaintiff AKP").

2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of documents maintained at Plaintiff AKP's office.

3. I submit this supplemental affidavit in further support of the damages AKP seeks against Dealer Direct Services, Inc. ("Dealer Direct").

4. There is an acute demand for empty surface lots throughout New York City that could serve as excess storage for all variety of vehicles, including, passenger and commercial vehicles.

1

5.     AKP purchased the property at issue for the purpose of renting it out to the general public for vehicle storage.

6.     AKP's storage rental price has ranged typically between $100 per day to $175 per day.

7.     For example, AKP has rented space to Plaza Automall.

8.     Plaza Automall has paid AKP storage fees within that range.  See Exhibit A.

9.     AKP would have been able to store 100 cars each day on the area of the lot that Dealer Direct improperly utilized.

10.    Dealer Direct's unauthorized use lasted for approximately six months.

11.    AKP applies the following formula to determine its lost storage fee damages: a blended rate of $125 per day per car x 100 cars equals $12,500.00 per day.  $12,500.00 per day for 180 days equals $2,250,000.00.

12.    Plaintiff AKP has also suffered damages because it was unable to conduct business with a third-party entity, Amazon.

13.    Specifically, Plaintiff AKP was unable to rent three acres of the Property to Amazon for seven (7) months.

14.    After mid-November 2022 when AKP was able to utilize the three acres Amazon amended its existing lease with AKP to include the previously unusable three acres. See Exhibit B Lease Amendment.

15.    As seen from the amendment, Amazon expanded the five acres it was already using to eight acres. Amazon agreed to pay AKP $240,000.00 per month for the eight acres – the equivalent of $30,000.00 per acre per month.

16.    Plaintiff AKP would have been able to rent out each acre to Amazon for $30,000.00 per acre. This resulted in a $630,000.00 loss of business with Amazon.

17.    In total, Plaintiff AKP has incurred $2,880,000.00 worth of damages against Defendant Dealer Direct for its interference with Plaintiff AKP's right to use, enjoy and manage the Property.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2025

_Adam Rosatti_
Adam Rosatti